UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
WESTERN BULK SHIPOWNING III AS,

           Petitioner,

v.

CARBOFER GENERAL TRADING SA,

           Respondent.
------------------------------------------------------X

12 Civ. 2247   (JPO)

ECF Case

## AFFIDAVIT OF SERVICE

State of Connecticut  )
                           )   ss:   Town of Southport
County of Fairfield    )

       KEVIN J. LENNON, having been duly sworn, deposes and states the following under oath:

       1.    I am a member in good standing of the Bar of this Court and an attorney in the law firm of Lennon, Murphy, Caulfield & Phillips, LLC, which represents the interests of the Petitioner herein.

       2.    On March 29, 2012 the Petition, Summons and Disclosure of Interested Parties Pursuant to Federal Rule 7.1 were personally served upon Respondent, Carbofer General Trading SA, via its registered agent for service of process, CT Corporate System, as per Mr. Larry Yee's Affidavit of Service attached hereto as Exhibit 1.

Dated: Southport, CT
       April 5, 2012

                                                          _____
                                                           Kevin J. Lennon

Sworn to and subscribed before me this
5th day of April, 2012

_____
Notary Public

Mary E. Fedorchak
Notary Public-Connecticut
My Commission Expires
November 30, 2016

# EXHIBIT 1

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK  Attorney: LENNON, MURPHY, CAULFIELD & PHILLIPS, LLC - 1740

WESTERN BULK SHIPOWNING III AS

Plaintiff(s)

- against -

CARBOFER GENERAL TRADING SA

Defendant(s)

Index #: 12 CV 2247 (OETKEN)

Purchased: March 27, 2012
Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

LARRY YEE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 29, 2012 at 10:24 AM at

C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY10011

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT, DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1 on CARBOFER GENERAL TRADING SA, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to AIXA FLORES personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT, DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1 as said defendant/respondent and knew said individual to be PROCESS CLERK thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 50 | 5'3 | 130 |

Sworn to me on: March 29, 2012

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2014

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2013

GOTHAM PROCESS INC.
299 Broadway
New York NY 10007

**LARRY YEE**
License #: 1159230
Docket #:    *802940*